

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> AMRITA KAUR DHILLON; JAYPAL SINGH DHILLON; SABREEN KAUR DHILLON; SONIA KAUR DHILLON; JASONEET SINGH DHILLON; SATWANT SINGH DHILLON; DAVINDER SINGH DHILLON; HARKIRAN KAUR DHILLON; GURSHEEL SINGH DHILLON; KAWALDEEP KAUR DHILLON; HARPREET KAUR TOOR dba FIG TREE LIQUOR; KHALID JAVED dba BASKIN-ROBBINS; PRISCILLA JAVED dba BASKIN-ROBBINS, <br><br> Defendants. | Case No. 1:14-cv-01081---SKO <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court has reviewed the Parties' stipulation and, good cause appearing, Defendants Amrita Kaur Dhillon, Jaypal Singh Dhillon, Sabreen Kaur Dhillon, Sonia Kaur Dhillon, Jasoneet Singh Dhillon, Satwant Singh Dhillon, Davinder Singh Dhillon, Harkiran Kaur Dhillon, Gursheel Singh Dhillon, Kawaldeep Kaur Dhillon, Khalid Javed dba Baskin-Robbins, and Priscilla Javed dba Baskin-Robbins shall have up to and including October 17, 2014, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: __**August 26, 2014**__                    _____/s/ Sheila K. Oberto_____
                                                                                UNITED STATES MAGISTRATE JUDGE